Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEHIER TAAMNEH, et al. )
)  Case No: 4:17-cv-04107
          Plaintiff(s), )
)  **APPLICATION FOR**
     v. )  **ADMISSION OF ATTORNEY**
)  **PRO HAC VICE**
TWITTER, INC., GOOGLE, INC. and )  (CIVIL LOCAL RULE 11-3)
FACEBOOK, INC., )
          Defendant(s). )

I, Seth P. Waxman, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Twitter, Inc. in the above-entitled action. My local co-counsel in this case is Mark D. Flanagan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP | Wilmer Cutler Pickering Hale and Dorr LLP |
| 1875 Pennsylvania Ave., NW, Washington, D.C. 20006 | 950 Page Mill Road, Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 663-6800 | (650) 858-6047 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| seth.waxman@wilmerhale.com | mark.flanagan@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 257337.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/14/17                                                              Seth P. Waxman
                                                                                        APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Seth P. Waxman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/18/17

                                                              *Kandis Westmore*
                                                UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                              *October 2012*