| | |
|---|---|
| KEITH ALTMAN (CA SBN 257309)<br>kaltman@lawampmmt.com<br>EXCOLO LAW, PLLC<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>Telephone: (516) 456-5885<br><br>ARI KRESCH (*pro hac vice* to be applied for)<br>akresch@1800lawfirm.com<br>1-800-LAWFIRM<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>Telephone: (516) 456-5885<br><br>THEIDA SALAZAR (CA SBN 295547)<br>salazarlawgroup@gmail.com<br>LAW OFFICE OF THEIDA SALAZAR<br>2140 N Hollywood Way, #7192<br>Burbank, CA 91510<br>Telephone: (818) 433-7290<br><br>*Attorneys for Plaintiffs*<br><br>DAVID H. KRAMER (CA SBN 168452)<br>dkramer@wsgr.com<br>LAUREN GALLO WHITE (CA SBN 309075)<br>lwhite@wsgr.com<br>KELLY M. KNOLL (CA SBN 305579)<br>kknoll@wsgr.com<br>WILSON SONSINI<br>  GOODRICH & ROSATI, P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>*Attorneys for Defendant*<br>**GOOGLE LLC** | SETH P. WAXMAN (*pro hac vice*)<br>seth.waxman@wilmerhale.com<br>PATRICK J. CAROME (*pro hac vice*)<br>patrick.carome@wilmerhale.com<br>ARI HOLTZBLATT (*pro hac vice*)<br>ari.holtzblatt@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>MARK D. FLANAGAN (CA SBN 130303)<br>mark.flanagan@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>*Attorneys for Defendant*<br>**TWITTER, INC.**<br><br>KRISTIN A. LINSLEY (CA SBN 154148)<br>klinsley@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br><br>*Attorneys for Defendant*<br>**FACEBOOK, INC.** |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEHIER TAAMNEH, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TWITTER, INC., et al.,<br><br>        Defendants. | Case No. 3:17-cv-04107-EMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO STAY PROCEEDINGS**<br><br>Judge: Hon. Edward M. Chen |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil Local Rules 6-1(b) and 6-2, Defendants Twitter, Inc.; Google LLC; and Facebook, Inc., and Plaintiffs Mehier Taamneh, Lawrence Taamneh, Dimana Taamneh, and Sara Taamneh (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Plaintiffs filed the Complaint on July 20, 2017 (Dkt. No. 1), and filed Waivers of Service as to each Defendant on September 19, 2017 (Dkt. Nos. 16, 17, 18);

WHEREAS the Parties previously agreed to stay this action for 60 days in light of anticipated decisions in *Fields v. Twitter, Inc.*, 9th Cir. No. 16-17165, and several other cases filed by Plaintiffs' counsel against Defendants (Dkt. No. 23);

WHEREAS Defendants subsequently filed a motion to stay this action and extend Defendants' time to respond to the Complaint until 45 days after the mandate issues in *Fields* (Dkt. Nos. 40, 45);

WHEREAS Plaintiffs initially opposed Defendants' motion to stay (Dkt. No. 44) but are now withdrawing their opposition;

WHEREAS the Parties disagree about the extent of the overlap between this case and *Fields*, but agree there is sufficient overlap between the cases such that a stay will conserve the Court's and the Parties' time and resources by obviating any supplemental filings that would otherwise be needed to address the impact of the Ninth Circuit's decision in *Fields*;

WHEREAS the Parties now agree that, in the interest of judicial economy, the proceedings in this action should be stayed and Defendants' time to respond to the Complaint should be continued until 45 days after the appeal is resolved in *Fields*;

WHEREAS the Parties agree that, in the event the Ninth Circuit's decision has not issued by May 1, 2018, the Parties will file status reports stating their positions on whether the stay should continue;

WHEREAS the Parties agree that this Court should remove the hearing and case management conference currently set for December 14, 2017 from the calendar and should reschedule the case management conference once the stay is lifted;

1  WHEREAS the entry into this stipulation by Defendants shall not waive or impair any
2  defenses, including jurisdictional or venue-related defenses, that may be available to Defendants
3  in this Action;
4  WHEREAS this joint request is being made in good faith, is not for the purpose of delay,
5  and will not prejudice any party;
6  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties,
7  through their respective counsel, that the proceedings in this case should be stayed and
8  Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint shall be extended
9  until 45 days after the Ninth Circuit issues the mandate in *Fields v. Twitter, Inc.*, 9th Cir. No. 16-
10  17165.

| | |
|---|---|
| Dated: December 7, 2017 | Respectfully submitted, |
| /s/ Keith Altman | /s/ Lauren Gallo White |
| KEITH ALTMAN (CA SBN 257309)<br>kaltman@lawampmmt.com<br>EXCOLO LAW, PLLC<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>Telephone: (516) 456-5885 | DAVID H. KRAMER (CA SBN 168452)<br>dkramer@wsgr.com<br>LAUREN GALLO WHITE (CA SBN 309075)<br>lwhite@wsgr.com<br>KELLY M. KNOLL (CA SBN 305579)<br>kknoll@wsgr.com |
| ARI KRESCH (*pro hac vice* to be applied for)<br>akresch@1800lawfirm.com<br>1-800-LAWFIRM<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>Telephone: (516) 456-5885 | WILSON SONSINI<br>  GOODRICH & ROSATI, P.C.<br>650 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 |
| THEIDA SALAZAR (CA SBN 295547)<br>salazarlawgroup@gmail.com<br>LAW OFFICE OF THEIDA SALAZAR<br>2140 N Hollywood Way, #7192<br>Burbank, CA 91510<br>Telephone: (818) 433-7290 | *Attorneys for Defendant*<br>**GOOGLE LLC** |
| | /s/ Patrick J. Carome |
| *Attorneys for Plaintiffs* | SETH P. WAXMAN (*pro hac vice*)<br>seth.waxman@wilmerhale.com<br>PATRICK J. CAROME (*pro hac vice*)<br>patrick.carome@wilmerhale.com<br>ARI HOLTZBLATT (*pro hac vice*)<br>ari.holtzblatt@wilmerhale.com |
| /s/ Kristin A. Linsley | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363 |
| KRISTIN A. LINSLEY (CA SBN 154148)<br>klinsley@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br>*Attorneys for Defendant*<br>**FACEBOOK, INC.** | MARK D. FLANAGAN<br>(CA SBN 130303)<br>mark.flanagan@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| | *Attorneys for Defendant*<br>**TWITTER, INC.** |

## ATTORNEY ATTESTATION

I, Lauren Gallo White, am the ECF User whose ID and password are being used to file this **STIPULATED REQUEST AND [PROPOSED] ORDER TO STAY PROCEEDINGS**. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other signatories.

By: /s/ Lauren Gallo White
Lauren Gallo White

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2017, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By: /s/ Lauren Gallo White
Lauren Gallo White

# [PROPOSED] ORDER

Having considered the Stipulated Request to Stay Proceedings and all papers on file, and good cause appearing therefore, IT IS HEREBY ORDERED that the Stipulated Request to Stay Proceedings is GRANTED in its entirety. The Court orders as follows:

1. Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint shall be extended until 45 days after the Ninth Circuit issues the mandate in *Fields v. Twitter, Inc.*, 9th Cir. No. 16-17165.
2. The hearing and case management conference currently set for December 14 will be taken off the calendar and a case management conference will be rescheduled for a later date.
3. In the event the Ninth Circuit has not issued a decision by May 1, 2018, the Parties will file status reports stating their positions on whether the stay should continue.

**IT IS SO ORDERED.** The CMC is reset from 12/14/17 to 3/1/18 at 9:30 a.m. An updated joint CMC statement shall be filed by 2/22/18.

Dated: 12/8/17

_____
Honorable Edward M. Chen
United States District...

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen