| | |
|---|---|
| KEITH ALTMAN (CA SBN 257309)<br>kaltman@lawampmmt.com<br>EXCOLO LAW, PLLC<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>Telephone: (516) 456-5885<br><br>ARI KRESCH (*pro hac vice* to be applied for)<br>akresch@1800lawfirm.com<br>1-800-LAWFIRM<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>Telephone: (516) 456-5885<br><br>THEIDA SALAZAR (CA SBN 295547)<br>salazarlawgroup@gmail.com<br>LAW OFFICE OF THEIDA SALAZAR<br>2140 N Hollywood Way, #7192<br>Burbank, CA 91510<br>Telephone: (818) 433-7290<br><br>*Attorneys for Plaintiffs*<br><br>DAVID H. KRAMER (CA SBN 168452)<br>dkramer@wsgr.com<br>LAUREN GALLO WHITE (CA SBN 309075)<br>lwhite@wsgr.com<br>KELLY M. KNOLL (CA SBN 305579)<br>kknoll@wsgr.com<br>WILSON SONSINI<br>  GOODRICH & ROSATI, P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>*Attorneys for Defendant*<br>**GOOGLE LLC** | SETH P. WAXMAN (*pro hac vice*)<br>seth.waxman@wilmerhale.com<br>PATRICK J. CAROME (*pro hac vice*)<br>patrick.carome@wilmerhale.com<br>ARI HOLTZBLATT (*pro hac vice*)<br>ari.holtzblatt@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>MARK D. FLANAGAN (CA SBN 130303)<br>mark.flanagan@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>*Attorneys for Defendant*<br>**TWITTER, INC.**<br><br>KRISTIN A. LINSLEY (CA SBN 154148)<br>klinsley@gibsondunn.com<br>JOSEPH A. GORMAN (CA SBN 267553)<br>jgorman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br><br>*Attorneys for Defendant*<br>**FACEBOOK, INC.** |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MEHIER TAAMNEH, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>TWITTER, INC., et al.,<br><br>      Defendants. | CASE NO.: 3:17-CV-04107-EMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR EXTENSION OF TIME**<br><br>First Am. Complaint Filed: May 16, 2018<br><br>Judge: Hon. Edward M. Chen |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil Local Rules 6-1(b) and 6-2, Defendants Twitter, Inc.; Google LLC; and Facebook, Inc., and Plaintiffs Mehier Taamneh, Lawrence Taamneh, Dimana Taamneh, and Sara Taamneh (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on May 4, 2018, Defendants filed a motion to dismiss Plaintiffs' Corrected Complaint (Dkt. No. 53);

WHEREAS Plaintiffs filed a First Amended Complaint ("FAC") on May 16, 2018 (Dkt. No. 55);

WHEREAS Defendants anticipate responding to the FAC by filing a renewed motion to dismiss;

WHEREAS the Parties have stipulated to extend Defendants' deadline to respond to Plaintiffs' FAC until June 6, 2018 (Dkt. No. 58);

WHEREAS, in the event that Defendants file a motion to dismiss the FAC, the Parties have further agreed to extend Plaintiffs' time to oppose Defendants' motion until July 6, 2018, and to extend Defendants' time to file a reply in support of their anticipated motion until July 27, 2018;

WHEREAS the Parties have further stipulated that the Case Management Conference ("CMC"), currently scheduled for June 14, 2018 (the date previously noticed for hearing on Defendants' motion to dismiss Plaintiffs' Corrected Complaint, *see* Dkt. No. 53), may be continued to the same date as the hearing on Defendants' motion to dismiss the FAC, which hearing will soon be scheduled;

WHEREAS the Parties agreed to extend these deadlines in light of (1) Defendants' counsel's need to coordinate efforts in preparing a joint motion, rather than multiple separate motions, to dismiss the FAC in this action, and (2) Plaintiffs' and Defendants' counsel's conflicting briefing deadlines in other matters in this court and other courts;

WHEREAS this is the second extension the Parties have requested with respect to the FAC, having previously stipulated to extend Defendants' time to respond to the FAC (*see* Dkt. No. 58);

WHEREAS, prior to Plaintiffs filing the FAC, the Parties had sought three modifications of time in this action (Dkt Nos. 23, 41, 50), as well as a stay of the proceedings (Dkt. No. 46);

WHEREAS the stipulated extension will affect the calendared date for the Case Management Conference in this case;

WHEREAS the entry into this stipulation by Defendants shall not waive or impair any defenses, including jurisdictional or venue-related defenses, that may be available to them in this Action;

WHEREAS this joint request is being made in good faith, is not for the purpose of delay, and will not prejudice any party;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that:

1. In the event Defendants respond to Plaintiffs' FAC by filing a motion to dismiss, Plaintiffs' deadline to oppose that motion shall be extended until July 6, 2018, and Defendants' deadline to submit a reply in support of their motion shall be extended until July 27, 2018; and

2. The CMC currently scheduled for June 14, 2018, will be taken off calendar, to be rescheduled for a date that coincides with the date of the hearing on Defendants' motion to dismiss Plaintiffs' FAC.

| | |
|---|---|
| Dated: May 24, 2018 | Respectfully submitted, |
| /s/ Keith Altman | /s/ Lauren Gallo White |
| KEITH ALTMAN (CA SBN 257309)<br>kaltman@lawampmmt.com<br>EXCOLO LAW, PLLC<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>Telephone: (516) 456-5885<br><br>ARI KRESCH (*pro hac vice* to be applied for)<br>akresch@1800lawfirm.com<br>1-800-LAWFIRM<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>Telephone: (516) 456-5885<br><br>THEIDA SALAZAR (CA SBN 295547)<br>salazarlawgroup@gmail.com<br>LAW OFFICE OF THEIDA SALAZAR<br>2140 N Hollywood Way, #7192<br>Burbank, CA 91510<br>Telephone: (818) 433-7290<br><br>*Attorneys for Plaintiffs* | DAVID H. KRAMER (CA SBN 168452)<br>dkramer@wsgr.com<br>LAUREN GALLO WHITE (CA SBN 309075)<br>lwhite@wsgr.com<br>KELLY M. KNOLL (CA SBN 305579)<br>kknoll@wsgr.com<br>WILSON SONSINI<br>  GOODRICH & ROSATI, P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>*Attorneys for Defendant*<br>**GOOGLE LLC** |
| /s/ Kristin A. Linsley | /s/ Patrick J. Carome |
| KRISTIN A. LINSLEY (CA SBN 154148)<br>klinsley@gibsondunn.com<br>JOSEPH A. GORMAN (CA SBN 267553)<br>jgorman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br><br>*Attorneys for Defendant*<br>**FACEBOOK, INC.** | SETH P. WAXMAN (*pro hac vice*)<br>seth.waxman@wilmerhale.com<br>PATRICK J. CAROME (*pro hac vice*)<br>patrick.carome@wilmerhale.com<br>ARI HOLTZBLATT (*pro hac vice*)<br>ari.holtzblatt@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>MARK D. FLANAGAN (CA SBN 130303)<br>mark.flanagan@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>*Attorneys for Defendant*<br>**TWITTER, INC.** |

## ATTORNEY ATTESTATION

I, Lauren Gallo White, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other signatories.

By: /s/ Lauren Gallo White
     Lauren Gallo White

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2018, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By: /s/ Lauren Gallo White
     Lauren Gallo White

# [PROP~~OS~~ED] ORDER

Having considered the Stipulation for Extension of Time and all papers on file, and good cause appearing therefore, IT IS HEREBY ORDERED that the Stipulation for Extension of Time is GRANTED in its entirety. The Court orders as follows:

1. In the event that Defendants respond to Plaintiffs' First Amended Complaint by filing a renewed motion to dismiss, Plaintiffs' deadline to oppose that motion shall be extended until July 6, 2018;

2. Defendants' deadline to submit a reply in further support of their motion shall be extended until July 27, 2018; and

3. The Case Management Conference currently scheduled for June 14, 2018, shall be ~~taken off calendar, to be rescheduled for a date that coincides with the date of the hearing on Defendants' motion to dismiss Plaintiffs' First Amended Complaint.~~ reset for August 16, 2018 at 1:30 p.m. Joint CMC statement due August 9, 2018.

**IT IS SO ORDERED.**

Dated: 5/29/2018  _____



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen