UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHIER TAAMNEH, et al., | Case No. 17-cv-04107-EMC |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| TWITTER, INC., et al., | |
| Defendants. | |

On October 29, 2018, the Court issued its Order Granting Defendants' Motion to Dismiss (*see* Order, Docket No. 75). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: October 29, 2018

EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California